**FILED**
CLERK, U.S. DISTRICT COURT

07/08/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DVE _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | **CASE NUMBER**   8:25-mj-00561-DUTY |
|---|---|---|
| DYLAN DANG | PLAINTIFF(S) | MJ-25-00814 KJM |
| v. | | |
| | DEFENDANT(S). | **DECLARATION RE** <br> **OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: _____ COMPLAINT _____
in the _____ District of __HAWAII_____ on __7/8/25____
at __0920____ ☑ a.m. / ☐ p.m.  The offense was allegedly committed on or about _____
in violation of Title _____21_____ U.S.C., Section(s) __841__
to wit: _____

A warrant for defendant's arrest was issued by: __JUDGE  KENNETH  MANSFIELD__

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __7/8/25__
         **Date**

_____
Signature of Agent

__ZACH   PEIFFER__
**Print Name of Agent**

__FBI__
Agency

__SPECIAL   AGENT__
**Title**

CR-52 (03/20)        DECLARATION RE OUT-OF-DISTRICT WARRANT